In the matter of the appeal of MARGARET MALONEY RITCHIE, WILLIAM I. STANTON and GIRARD TRUST COMPANY, executors of Martin Maloney, deceased, from a portion of a decree of the orphans court of Monmouth county, allowing court charges upon settlement of executors' account.

[Submitted May term, 1933. Decided September 27th, 1933.]

*Messrs. Durand, Ivins & Carter,* for the appellants.

*Mr. William A. Stevens,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Berry, whose opinion is reported in *110 N. J. Eq. 107.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   14.

*For reversal*—None.